Thomas P. Miller, WSBA #34473
Stuart Cassel, WSBA # 49808
Keating, Bucklin & McCormack, Inc., P.S.
1201 Third Avenue, Suite 1580
Seattle, Washington 98101
(206) 623-8861

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EVARISTO SALAS III,

                    Plaintiff,

      v.

JAMES RIVARD in his official and
individual capacity; CITY OF
SUNNYSIDE, a municipal
corporation; SUNNYSIDE POLICE
DEPARTMENT, an agency of the
CITY OF SUNNYSIDE; and
JOHN/JANE DOES 1-10 in their
official and individual capacities,

                    Defendants.

No. 1:25-cv-3143

NOTICE OF REMOVAL

(YAKIMA COUNTY SUPERIOR
COURT CAUSE NO.
25-2-02369-39)

Pursuant to 28 U.S.C. § 1443, and 28 U.S.C. § 1446, Defendants CITY

OF SUNNYSIDE and SUNNYSIDE POLICE DEPARTMENT (herein

"Defendants"), hereby remove the above-entitled action to the United States

District Court for the Eastern District of Washington. Defendants state:

The above-entitled action was filed in the Superior Court of Yakima

County, Cause No. 25-2-02369-39.

Jurisdiction of this Court is based on 28 U.S.C. § 1331, 28 U.S.C. §

NOTICE OF REMOVAL- 1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

1343, 28 U.S.C. §1367, 28 U.S.C. §1441, and/or 28 U.S.C. §1443.

Plaintiff's various claims seek damages for alleged violations of his federal civil rights as well as for other state law tort claims.

Defendants received Plaintiff's Complaint on August 11, 2025.

Pursuant to 28 U.S.C. §1446(a), true and correct copies of all pleadings previously served on Defendants are attached to counsel's verification.

Defendant James Rivard consents to removal of this action to the United States District Court for the Eastern District of Washington.

Defendants reserve any and all affirmative defenses, including but not limited to insufficient service of process.

DATED:  August 29, 2025

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Thomas P. Miller*
Thomas P. Miller, WSBA #34473

By: */s/ Stuart Cassel*
Stuart Cassel, WSBA # 49808
*Attorneys for Defendants City of Sunnyside and Sunnyside PD*

1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone: (206) 623-8861
Fax:   (206) 223-9423
Email:tmiller@kbmlawyers.com
scassel@kbmlawyers.com

NOTICE OF REMOVAL- 2

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA  98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorney for Plaintiff**

Rico Jon Tessandore, WSBA No. 28346
LAW OFFICES OF RICO TESSANDORE, LLC
3400 188th Street SW, Suite 201
Lynnwood, WA 98037
(425) 778-9800
Email:  legal@ricotessandore.com

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

**Attorney for Plaintiff**

Laura Shaver, WSBA No. 44087
LAW OFFICE OF LAURA SHAVER
3120 Broadway
Everett, WA 98201
(425) 595-6130
Email:  laura@laurashaverlaw.com

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

**Attorney for Plaintiff**

Todd Maybrown, WSBA No. 18557
ALLEN HANSEN MAYBROWN & OFFENBECHER
600 University Street, Suite 3020
Seattle, WA 98101
(206) 447-9681
Email:  todd@ahmlawyers.com

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

NOTICE OF REMOVAL- 3

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

**Attorneys for Defendant Rivard**

John E. Justice, WSBA #23042
Law Lyman Daniel Kamerrer et al
2674 R W Johnson Blvd SW
Tumwater, WA 98512-6111
Email: jjustice@lldkb.com

☑ E-mail    ☐ United States Mail    ☐ Legal Messenger

DATED this 29th day of August, 2025, at Seattle, Washington.

/s/ Sydney McCrorie
Sydney McCrorie, *Legal Assistant*

NOTICE OF REMOVAL- 4

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WA 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423