FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 02, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVARISTO SALAS III,<br><br>               Plaintiff,<br><br>   vs.<br><br>JAMES RIVARD in his official and individual capacity; CITY OF SUNNYSIDE, a municipal corporation; SUNNYSIDE POLICE DEPARTMENT, an agency of the CITY OF SUNNYSIDE; and JOHN/JANE DOES 1-10 in their official and individual capacities,<br><br>               Defendants. | NO: 1:25-CV-3143-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 13).  The parties agree that Plaintiff's claims against all Defendants be dismissed with prejudice and without costs or attorneys' fees to any party.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

2. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 2, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2