AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| EVARISTO SALAS III,  *Plaintiff*  v.  JAMES RIVARD in his official and individual capacity; CITY OF SUNNYSIDE, a municipal corporation; SUNNYSIDE POLICE DEPARTMENT, an agency of the CITY OF SUNNYSIDE; and JOHN/JANE DOES 1-10 in their official and individual capacities,  *Defendant* | Civil Action No.  1:25-CV-3143-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice

Date:  February 2, 2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*